# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:  Stephanie Moses

COURTROOM DEPUTY:
Bonnie Sanford

**ESI/EMPLOYEE SOLUTIONS, LP**

v.                                                                         Case No. 4:19cv570

**CITY OF DALLAS, ET AL**

PLAINTIFF:  Ryan Walters, Robert Henneke, Shelby Beshara, Will Thompson, Anne Mackin, John Hagan

DEFENDANTS: Charles Estee, Kathleen Fones

AMICUS:  Courtney Gaines (by telephone)

     This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 10/8/19.

**Motion Hearing (Motion to Transfer Venue – de#10)**

| | |
|---|---|
| 2:03 am | The Court called the case, noting the appearance of counsel and parties. |
| 2:06 pm | The Court reviews the motion. |
| 2:08 pm | Mr. Henneke addresses the Court. |
| 2:10 pm | Mr. Estee addresses the Court. |
| 2:21 pm | Mr. Henneke makes argument to the Court. |
| 2:32 pm | Response by Mr. Estee. |
| 2:33 pm | Response by Ms. Mackin. |
| 2:37 pm | Reply by Mr. Henneke. |

| | |
|---|---|
| 2:38 pm | Argument by Mr. Estee. |
| 2:44 pm | Response by Mr. Henneke. |
| 3:02 pm | Response by Ms. Mackin. |
| 3:04 pm | Response by Mr. Estee. |
| 3:07 pm | Parties to submit supplemental brief by Friday, October 11th.  Brief should be 10 pages or less. |
| 3:09 pm | Court adjourned. |