UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ESI/EMPLOYEE SOLUTIONS, L.P., ET AL. | § § § | |
| v. | § § | CIVIL NO. 4:19-CV-570-SDJ |
| CITY OF DALLAS, ET AL. | § § | |

## FINAL JUDGMENT

This matter was before the Court on Plaintiffs' Motion for Summary Judgment and Memorandum in Support, (Dkt. #66), which sought entry of a declaratory judgment and a permanent injunction against Defendants. The Court denied summary judgment as to Plaintiffs' Fourth Amendment claim, having dismissed that claim as moot, but granted summary judgment in favor of Plaintiffs on their state preemption claim. (Dkt. #86).

It is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Court hereby **DECLARES** that the City of Dallas's Paid Sick Leave Ordinance, Dallas, Texas, Ordinance No. 31181; Municipal Code § 20–1 through 20–12 (the "Ordinance"), is preempted by the Texas Minimum Wage Act, TEX. LAB. CODE §§ 62.001–.205, and is thus in violation of the Texas Constitution. *See* 28 U.S.C. § 2201(a); FED. R. CIV. P. 57. The Ordinance is therefore immediately and permanently **ENJOINED** and unenforceable against any person, business, or other entity. *See* FED. R. CIV. P. 65.

2. Neither Defendants nor any officer, agent, servant, employee, attorney, or other person in active concert with Defendants may enforce the Ordinance against any person, business, or other entity.

3. Nothing in this Final Judgment shall be construed to preclude Plaintiffs from enforcing this Final Judgment in the event that Defendants fail to adhere to the orders contained herein. Plaintiffs shall be authorized to seek compliance with the Final Judgment through civil action in the United States District Court.

4. Each party shall bear its own costs, including attorney's fees incurred in this action.

5. All relief not expressly granted herein is **DENIED**.

6. The Clerk is directed to **CLOSE** this civil case.

**So ORDERED and SIGNED this 31st day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE